# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASSIGNMENT OF JUDGE OF THE COURT OF COMMON PLEAS OF THE FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA | :  No. 363 Common Pleas Judicial :  Classification Docket : : : |

## O R D E R

**PER CURIAM:**

AND NOW, this 24th day of January, 2020, upon consideration of the Petition of Kim Berkeley Clark, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the assignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following assignment is approved:

Criminal Division

The Honorable Bruce R. Beemer